HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ABEL RUDY RAYMUNDO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr. S 09-274 WBS |
|---|---|
| Plaintiff, | **STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| ABEL RUDY RAYMUNDO, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | |
| | Judge: Honorable WILLIAM B. SHUBB |

Defendant, ABEL RUDY RAYMUNDO, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On July 23, 2010, this Court sentenced Mr. Raymundo to an aggregate term of 108 months imprisonment, comprised of 60 months on Count 6 (a violation of 18 U.S.C. § 924(c)), and 48 months on Count 7 (a violation of 21 U.S.C. § 841(a)(1)), to be served consecutively;

/ / /

3. As to the drug offense, Mr. Raymundo's total offense level was 23, his criminal history category was I, and the resulting guideline range was 46 to 57 months.  This Court sentenced him below the applicable mandatory minimum pursuant to government's motion;

4. The sentencing range applicable to Mr. Raymundo's drug offense was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Raymundo's total offense level for Count 7 has been reduced from 23 to 21, and his amended guideline range is 37 to 46 months.  A reduction comparable to the one he received initially produces a term of 29 months for Count 7.  *See* USSG § 1B1.10(b), comment. (n.4(B) (2014));

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Raymundo's term of imprisonment to a total term of 89 months, comprised of the original 60-month term on Count 6, and an amended term of 29 months on Count 7.  The parties agree that the requested sentence is fair and appropriate pursuant to 18 U.S.C. § 3553(a).

Respectfully submitted,

Dated:  June 9, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   June 9, 2015

HEATHER E. WILLIAMS
Federal Defender

 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
ABEL RUDY RAYMUNDO

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Raymundo is entitled to the benefit Amendment 782, which reduces the total offense level for Count 7 from 23 to 21, resulting in an

1    amended guideline range of 37 to 46 months.  A reduction comparable to the one he received at
2    the initial sentencing produces a term of 29 months for Count 7.
3        IT IS HEREBY ORDERED that the term of imprisonment imposed on July 18, 2010, is
4    reduced to a term of 89 months, comprised of 60 months on Count 6 and 29 months on Count 7.
5    This sentence is fair and reasonable pursuant to 18 U.S.C. § 3553(a).
6        IT IS FURTHER ORDERED that all other terms and provisions of the original judgment
7    remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above
8    reduction in sentence, and shall serve certified copies of the amended judgment on the United
9    States Bureau of Prisons and the United States Probation Office.
10       Unless otherwise ordered, Mr. Raymundo shall report to the United States Probation
11   Office within seventy-two hours after her release.
12   Dated:  June 16, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE