AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:09-cr-00274-WBS   Document 80   Filed 06/17/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:09CR00274-02 WBS |
| ABEL RUDY RAYMUNDO ) | |
| ) | USM No: 18668-097 |
| Date of Original Judgment: 7/23/2010 ) | |
| Date of Previous Amended Judgment: ) | David Porter, Asst. Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **Served consecutively for 108** months **is reduced to** **Served consecutively for 89 months**.

60 months - Ct. 6;            60 months - Ct. 6;
48 Months - Ct. 7;            **29 months - Ct. 7**;

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 07/28/2010 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: June 17, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Effective Date:   11/1/2015            William B. Shubb, U.S. District Court Judge
*(if different from order date)*             *Printed name and title*